# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  MARIA A. MENDEZ  
910 TAYLOR RIDGE  
BELVIDERE, IL  61008

SSN-xxx-xx-1255

Case Number: 07-71284

Case filed on: 5/25/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $0.00

Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | DUTTON & DUTTON | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ANDREW GOLDBERG | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MARIA A. MENDEZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BARCLAYS CAPIOTAL REAL ESTATE INC dba | 23,453.83 | 23,453.83 | 0.00 | 0.00 |
|  | Total Secured | 23,453.83 | 23,453.83 | 0.00 | 0.00 |
| 002 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | NISSAN MOTOR ACCEPTANCE CORP | 8,939.25 | 0.00 | 0.00 | 0.00 |
| 006 | CSAC/ ED FUNDING ACCOUNTING | 6,925.20 | 6,925.20 | 0.00 | 0.00 |
| 007 | SELECT PORTFOLIO SERVICING INC | 54,041.26 | 54,041.26 | 0.00 | 0.00 |
| 008 | PREMIER BANKCARD/CHARTER | 404.95 | 404.95 | 0.00 | 0.00 |
|  | Total Unsecured | 70,310.66 | 61,371.41 | 0.00 | 0.00 |
|  | Grand Total: | 93,764.49 | 84,825.24 | 0.00 | 0.00 |

Total Paid Claimant:  $0.00  
Trustee Allowance:  $0.00  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan